# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 18-1409V
Filed: July 30, 2019
UNPUBLISHED

| | |
|---|---|
| MOHAMED MOHAMED, Administrator of the ESTATE OF SALAH HAMAD<br><br>                    Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                    Respondent. | Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza (Flu) Vaccine;<br>Guillain-Barre Syndrome (GBS) |

*Clifford John Shoemaker, Shoemaker, Gentry, & Knickelbein, Vienna, VA,* for petitioner.
*Darryl R. Wishard, U.S. Department of Justice, Washington, DC,* for respondent.

### RULING ON ENTITLEMENT[1]

**Dorsey**, Chief Special Master:

On September 14, 2018, petitioner, as administrator for the estate of his father, Salah Hamad, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that his father suffered Guillain-Barré Syndrome (GBS) after receiving an influenza vaccination on December 23, 2017, which resulted in his death on April 17, 2018. Petition at ¶¶ 2, 8. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] The undersigned intends to post this ruling on the United States Court of Federal Claims' website. **This means the ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access. Because this unpublished ruling contains a reasoned explanation for the action in this case, undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

      On July 19, 2019, respondent filed his Rule 4(c) report in which he concedes that petitioner is entitled to compensation in this case.  Respondent's Rule 4(c) Report at 1-2.  Specifically, respondent indicates "[i]t is [his] position that petitioner has satisfied the criteria set forth in the recently revised Vaccine Injury Table ("Table") and Qualifications and Aids to Interpretation ("QAI"), which afford petitioner a presumption of causation if onset of GBS occurs between three and forty-two days after a seasonal flu vaccination and there is no apparent alternative cause."  *Id.* at 3.

      **In view of respondent's position and the evidence of record, the undersigned finds that petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

                                          <u>**s/Nora Beth Dorsey**</u>
                                          Nora Beth Dorsey
                                          Chief Special Master